# EXHIBIT 2

Message

| | |
|---|---|
| **From:** | Ryan Pounds [rpounds@flcofga.com] |
| **Sent:** | 7/22/2021 10:36:02 PM |
| **To:** | Dale Hohenstein [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=380c284266464618a7886246a8923d55-Dale Hohens]; Andy Solomon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4b038c4233a04103acce8f2aa64faa63-James A. So]; Ted Traynor [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=55b700f11d4e455c8909aac5e721a191-Ted Traynor] |
| **CC:** | rharris@flcofga.com [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user6c3f019f] |
| **Subject:** | Rochambeau Project Completion Plan |
| **Attachments:** | STRATA Roch PCP.pdf |

CAUTION: [External email]

Please see attached Project Completion Plan.

We can discuss further and I can answer any questions on our call in the morning.

**Ryan Pounds**
**Managing Partner**
**Fall Line Construction**
**P.O. Box 665**
**Butler, GA 31006**
RYANPOUNDS@FLCOFGA.COM
**O 478-862-3700**
**F 478-862-3758**
**M 478-258-3843**

STRATA-0117177



## ROCHAMBEAU SOLAR PROJECT

## PROJECT COMPLETION PLAN

**LAYDOWN ZONE**

All Erosion Control Measures are in place.

The Laydown Zone has been cleared and grubbed. The clearing debris are currently being ground on site.

The area is ready for rough grading. The constraint to start this activity is the fact that this area is cut. Our grading plan utilizes the cut material from the Laydown Zone for the fill material in Zone 5.

Once Zone 5 is released to be cleared the Laydown Zone and Zone 5 Array Grading will take place simultaneously.

The access roads subgrade will be prepared during the grading of the array areas.

Rock and geotextile fabric will be placed after density testing is complete on the subgrade.

Surface Stabilization will follow immediately after these activities.

Estimated Time of Completion for Zone:  6 Working Days

**ZONE 5**

Currently all basins are graded with the exception of Basin 17.

FLC was released today (7/22) to install outlet structures in all basins with the exception of Basin 16 and 17.

Outlet Structures will be installed in the applicable basins as well as outfalls.

PO Box 665<br/>
Butler, GA 31006<br/>
(478) 258-3843

FALL
LINE CONSTRUCTION, LLC

After installation of Outlet Structures and other measures the ponds will be stabilized, and installation of erosion matting will occur.

Basin 16 is currently graded and stabilized. Upon release the outlet structure and other measures will be installed. Once the structure is installed the pond will be stabilized.

Basin 17 will be graded, and all diversions will be installed. The outlet structure and other measures will be installed.

At the conclusion of the installation of Basin 17 that will conclude all erosion control measures in Zone 5.

The Array area will be cleared and grubbed. The debris will be ground.

Grading of the Array area will follow directly behind the clearing crew.

The cut material from the Laydown Zone will be utilized in Zone 5 fill areas.

The road subgrade will be prepared as the grading of the array area progresses.

Rock and geotextile fabric will be placed after density testing is complete on the subgrade.

Surface Stabilization will follow immediately after these activities.

Estimated Time of Completion for Zone: 14 Working Days

**ZONE 4**

The area required to install Basins 7 and 8 along with other erosion control measures will be cleared and grubbed. The debris will be placed into the array area and will be ground during Array clearing activities.

Basins 7 and 8 will be constructed consecutively/simultaneously to utilize cut material from one basin to construct dam (fill material) in the other basin.

PO Box 665
Butler, GA 31006
(478) 258-3843



All diversion berms and outfall/inlets will be installed.
The outlet structures and other measures will be installed.

The entire pond area will be stabilized. Erosion matting will be installed on all pond slopes and applicable areas.

Basins 18,19, and 20 will then be constructed in the same manner as above. FLC will give great effort to get the ponds and areas stabilized as quickly as possible to minimize exposure to rain events on any area not stabilized.

At the conclusion of basin construction all erosion control measures in Zone 4 will be complete.

The Array area will be cleared and grubbed. All debris will be ground.

Grading of the array area will follow directly behind the clearing crew.

The road subgrade will be prepared as the grading of the array area progresses.

Rock and geotextile fabric will be placed after density testing is complete on the subgrade.

Estimated Time of Completion for Zone: 18 Working Days

**ZONE 3**

The area required for basin construction will be cleared and grubbed. The clearing debris will be placed in the array area and disposed of during array clearing activities.

Basins will be built consecutively/simultaneously in the same manner as above.

At the conclusion of basin construction all erosion control measures in Zone 3 will be complete.

PO Box 665
Butler, GA 31006
(478) 258-3843

STRATA-0117180



The Array area will be cleared and grubbed. All debris will be ground.

Grading of the array area will follow directly behind the clearing crew.

The road subgrade will be prepared as the grading of the array area progresses.

Rock and geotextile fabric will be placed after density testing is complete on the subgrade.

Surface stabilization will follow immediately after these activities

Estimated Time of Completion for Zone: 12 Working Days

**ZONES 1 & 2**

The areas required for basin construction and array areas will be mowed.

The two basins will be built consecutively in the same manner as above.

Grading will begin at the conclusion of the construction of the two basins.

The road subgrade will be prepared as the grading of the array area progresses.

Rock and geotextile fabric will be placed after density testing is complete on the subgrade.

Surface stabilization will follow immediately after these activities

Estimated Time of Completion for Zone: 10 Working Days

PO Box 665
Butler, GA 31006
(478) 258-3843

STRATA-0117181

# FALL LINE Construction, LLC

**MANPOWER**

| | |
|---|---|
| Superintendent | 1 |
| Operators | 12 |
| Laborers | 4-6 |

**EQUIPMENT**

| | |
|---|---|
| Dozers | 3 |
| Excavators | 3 |
| Trucks | 3 |
| Wheel Loader | 1 |
| Compactor | 2 |
| Tractor | 2 |
| Straw Blower | 1 |

PO Box 665
Butler, GA 31006
(478) 258-3843

STRATA-0117182



**STATEMENT**

This project completion plan is being provided at the request of STRATA Solar.

The production of this plan is not to be interpreted that FLC is accepting responsibility for the delays caused by STRATA Solar.

This plan can only be accomplished with full release of the above activities by STRATA Solar and James City County.

The durations are not based on selective tasks within zones being released.

If full release is given FLC will commit to the additional manpower and equipment required to deliver this project in a 60 working day duration from the date of full release.

This acceleration is from 98 working days to a 60 day working day duration and is entitled to additional compensation.

If STRATA Solar agrees to this duration and is able to gain full release FLC will provide pricing for the additional compensation and upon agreement via executed change order will commit to the accelerated schedule.

If agreed upon FLC will work as expeditiously as possible to deliver this project sooner if possible, but the 60 day duration is a realistic expectation.

PO Box 665
Butler, GA 31006
(478) 258-3843

STRATA-0117183