# EXHIBIT 3



Dominion Energy Services, Inc.
Project Construction
600 Canal Street, Richmond, VA 23219
DominionEnergy.com

August 5, 2021
Via E-mail

Markus Wilhelm
Strata Solar, LLC
5010 Governor Drive, Suite 280
Chapel Hill, NC 27517

**Reference:** Engineering, Procurement and Construction Agreement between Rochambeau Solar LLC ("Owner") and Strata Solar, LLC ("Contractor") for the Rochambeau Solar Project, Order No. 70363916, dated as of December 19, 2019 (the "Contract").

**Subject:** Rochambeau Owner's Directive

Mr. Wilhelm,

In accordance with **5.4 (Owner's Right to Remove)** of the Contract, Owner hereby directs Contractor to remove Fall Line Construction from the Rochambeau site, effective immediately. Fall Line Construction has ignored safety directives from Strata and Owner's staff, and they have not complied with the James City County inspector's instructions related to permit compliance.

Should you have any questions, please do not hesitate to contact Mel Watson at 804-921-2298.

Respectfully,

*Ruth Prideaux*

Ruth Prideaux
Director - Project Construction
Virginia Electric and Power Company


CC:    Mike Gurganus         Zachary Long          Ross Cook
       Jeff Miscikowski      Mel Watson            Sam Sink
       Judy Marcello         Lane Brindley



FLLC014187