# EXHIBIT 4

| | |
|---|---|
| Date: | Fri, 6 Aug 2021 11:44:00 AM (UTC) |
| Sent: | Fri, 6 Aug 2021 11:44:49 AM (UTC) |
| Subject: | Rochambeau Project- Site Removal 2 Fall Line Employees 8.3.2021 |
| From: | Joseph L Sullivan (Services - 6) |
| To: | Matthew J Phillips (Services - 6) <matthew.j.phillips@dominionenergy.com >; |
| Attachments: | Rochambeau Project - Superintendent Rico Harris - Fall Line Inc Civil Contractor.docx; Rochambeau Project - Operator Ben Norton - Fall Line Inc Civil Contractor.docx |

Matt,

Please see the following attachments.  Unfortunate, Monique who handles the administrative work, has no record of Ben Norton's Social Security or Birth Date.  She tried to contact Fall Line, no response since they were terminated from site.

Thanks!
Joe

*Joe Sullivan*
Sr. Safety Specialist- Solar
Generation Construction
6oo E. Canal Street, 18th Floor
Richmond, Va. 23219
Cell: 804-316-0202
joseph.l.sullivan@dominionenergy.com



Confidential      DOM000447



# Barred/Watch List Request Form

**Instructions:** Please complete this form with the requested information to add contractor or project personnel to the Dominion Energy barred/denied access list. Completed form should be emailed to matthew.j.phillips@dominionenergy.com for request entry. Confirmation email indicating request for entry submittal will be provided for file.

### Site Removal Information:
Name: Rico Harris
Company Name: Fall Line Inc-Civil
Contractor
Date of Removal: 8.3.2021
Site where removal occurred:
Rochambeau Project
Driver's License # (w/state):N/A
Last four of SSN:5789
Length of Ban:  5 year

> **Reason for Removal (Please provide a DETAILED Summary):** Requested removal of the Operator (Ben Norton) due to unsafe equipment usage while installing pipe in basin pond #12. Rico Harris argued and was belligerent about removing his employee for a 3-day suspension. Dominions Construction Manager asked to see a JSA and Rico Harris refused to produce the document.

Rev 2: 2/22/2018



# Barred/Watch List Request Form

**Instructions:** Please complete this form with the requested information to add contractor or project personnel to the Dominion Energy barred/denied access list. Completed form should be emailed to matthew.j.phillips@dominionenergy.com for request entry. Confirmation email indicating request for entry submittal will be provided for file.

### Site Removal Information:
Name: Ben Norton
Company Name: Fall Line Inc-Civil
Contractor
Date of Removal: 8.3.2021
Site where removal occurred:
Rochambeau Project
Driver's License # (w/state):N/A
Last four of SSN: N/A
Length of Ban:  5 year

> **Reason for Removal (Please provide a DETAILED Summary):** Requested removal of the Operator (Ben Norton) due to unsafe equipment usage while installing pipe in basin pond #12. The operator admitted to not following equipment protocols and one employee in the line-of-fire while installing pipe. No SOP, JSA or equipment checklist was completed.

Rev 2: 2/22/2018