# EXHIBIT 5

| | |
|---|---|
| Date: | Thu, 19 Aug 2021 3:43:00 PM (UTC) |
| Sent: | Thu, 19 Aug 2021 3:43:04 PM (UTC) |
| Subject: | RE: 081521 Rochambeau Weekly Report |
| From: | Michael Gurganus (Services - 6) |
| To: | Brandon Stites (Services - 6) <brandon.stites@dominionenergy.com>; |

Strata's former civil sub, Fall Line Construction, had ignored remediation instructions from the James City County inspector for several weeks who had in turn not allowed Strata/Fall Line to open up more of the site to land clearing. This situation was moving quickly towards an environmental NOV so we advised Strata to remove the contractor (for environmental and safety compliance issues) as a first step to bring the site into compliance.

At the same time Strata mobilized their own civil resources on site to meet the inspector's stabilization and remediation requirements. We don't expect any cost or schedule changes from Strata and they are evaluating a couple of local replacement civil contractors (Henderson and JSG) who were recommended by JCC officials. No official notice from Strata yet on who they have selected. I'll send you a note once I learn more.

---

**From:** Brandon Stites (Services - 6) <brandon.stites@dominionenergy.com>
**Sent:** Thursday, August 19, 2021 11:15 AM
**To:** Michael Gurganus (Services - 6) <michael.gurganus@dominionenergy.com>
**Subject:** RE: 081521 Rochambeau Weekly Report

Hey Mike,

Can you give me a little more background on what was going on with the Civil contractor at Rochambeau that was removed? And has Strata found a replacement yet?

Thanks…

**Brandon E. Stites**
Vice President – Project Construction
Dominion Energy
600 East Canal Street, Richmond, VA 23219
brandon.stites@dominionenergy.com
O: 804-775-5551  C: 804-921-4710



*Actions Speak Louder*

---

**From:** William M Watson (Services - 6) <william.m.watson@dominionenergy.com>
**Sent:** Tuesday, August 17, 2021 11:21 AM
**To:** Mark D Mitchell (Services - 6) <mark.d.mitchell@dominionenergy.com>; Brandon Stites (Services - 6) <brandon.stites@dominionenergy.com>; Blaine Garrett (Services - 6) <blaine.garrett@dominionenergy.com>; Corey J Riordan (Services - 6) <Corey.J.Riordan@dominionenergy.com>; Dianne Corsello (DEV Generation - 3M) <dianne.corsello@dominionenergy.com>; Gary W Payne (DEV Generation - 3M) <gary.w.payne@dominionenergy.com>; James G Stikeleather (Services - 6) <James.G.Stikeleather@dominionenergy.com>; Jeffrey Miscikowski (Services - 6) <jeffrey.miscikowski@dominionenergy.com>; RT T Elder (DEV Generation - 3M) <rt.t.elder@dominionenergy.com>; Ruth Prideaux (Services - 6) <ruth.prideaux@dominionenergy.com>; Seth A Kreiser (Services - 6) <seth.a.kreiser@dominionenergy.com>; Todd Flowers (DEV Generation - 3M) <todd.flowers@dominionenergy.com>; Wesley Jenkins (Services - 6) <wesley.jenkins@dominionenergy.com>; Brandon R Bishop (Services - 6) <brandon.r.bishop@dominionenergy.com>; EMSModeling <EMSModeling@DominionEnergy.com>; GMS Team <GMSTeam@dominionenergy.com>

**Cc:** Amelia H Boschen (Services - 6) <amelia.h.boschen@dominionenergy.com>; Anthony S Call (Services - 6) <Anthony.S.Call@dominionenergy.com>; Joel Trivette (Services - 6) <joel.trivette@dominionenergy.com>; Karl J Ropelewski (Services - 6) <Karl.J.Ropelewski@dominionenergy.com>; Kenneth A Oriole (Services - 6) <Kenneth.A.Oriole@dominionenergy.com>; Mark A Hadley (Services - 6) <Mark.A.Hadley@dominionenergy.com>; Mark Felix Walker (Services - 6) <mark.felix.walker@dominionenergy.com>; Matthew J Phillips (Services - 6) <matthew.j.phillips@dominionenergy.com>; Michael Gurganus (Services - 6) <michael.gurganus@dominionenergy.com>; Penny L Cheyne (Services - 6) <Penny.L.Cheyne@dominionenergy.com>; Melinda Lukhard (Services - 6) <melinda.lukhard@dominionenergy.com>; Seth M Seay (Services - 6) <Seth.M.Seay@dominionenergy.com>; Virginia E Weis (Dom Energy Services, Inc. - 43) <virginia.e.weis@dominionenergy.com>; Zachary D Long (Services - 6) <zachary.d.long@dominionenergy.com>; Luis E Castrillon (Services - 6) <Luis.E.Castrillon@dominionenergy.com>; David L Castillo (DEV Generation - 34) <David.L.Castillo@dominionenergy.com>; Joseph L Sullivan (Services - 6) <joseph.l.sullivan@dominionenergy.com>; Emily C Fisher (Services - 6) <Emily.C.Fisher@dominionenergy.com>; Hannah G Zegler (Services - 6) <Hannah.G.Zegler@dominionenergy.com>; Christopher Farsaci (DEV Generation - 34) <Christopher.Farsaci@dominionenergy.com>; Victoria A Daise (Services - 6) <Victoria.A.Daise@dominionenergy.com>; Dennis W Bradley (Services - 6) <Dennis.W.Bradley@dominionenergy.com>; Aaron D Lowery (Dom Energy Services, Inc. - 43) <aaron.d.lowery@dominionenergy.com>; Michael Crowley (Dom Energy Services, Inc. - 43) <michael.crowley@dominionenergy.com>; Roderick J Gagen (DEV Generation - 3M) <roderick.j.gagen@dominionenergy.com>; Christopher L Wise (DEV Generation - 3M) <christopher.l.wise@dominionenergy.com>; Carolyn Rayhorn (DEV Generation - 3M) <carolyn.rayhorn@dominionenergy.com>; Wesley A Hudson (DEV Generation - 3M) <wesley.a.hudson@dominionenergy.com>; Monte J Brown (Services - 6) <monte.j.brown@dominionenergy.com>
**Subject:** 081521 Rochambeau Weekly Report

Attached is the current weekly report for Rochambeau Solar project. Please contact me directly with any questions or concerns.

As a reminder to all, Rochambeau is an active construction project so please schedule any site visits through our team (Dennis Bradley, Joe Sullivan) ahead of your arrival!

Mel Watson
Construction PM
Dominion Energy
(804) 921-2298

Confidential